# EXHIBIT B

# PHILLIPS & ASSOCIATES

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

February 9, 2022

**Via USPS First-Class Mail**
Annabel Palma, Chair
New York City Commission on Human Rights
22 Reade Street
New York, New York 10007

**Via Email**
Georgia Pestana, Esq.
Corporation Counsel of the City of New York
New York City Law Department
100 Church Street
New York, NY 10007
ServiceECF@law.nyc.gov

        Re:    Patricia Charlemagne v. The Educational Alliance, Inc.

Dear Ms. Palma & Ms. Pestana:

     Pursuant to the notice requirements of Section 8-502 of the New York City Administrative Code, please find enclosed a copy of the Complaint in the above-referenced action, which was filed on February 9, 2022, in the United States District Court for the Southern District of New York.

                                                Respectfully submitted,

                                                Michelle Caiola, Esq.