UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICIA CHARLEMAGNE,

                Plaintiff,

         -against-

THE EDUCATIONAL ALLIANCE, INC.,

                Defendant.
------------------------------------------------------------X

22-CV-1136 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on February 9, 2022, (Doc. 1), and filed an affidavit of service on February 28, 2022, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was March 17, 2022. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 4, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   March 21, 2022
           New York, New York

                                            VERNON S. BRODERICK
                                            United States District Judge