```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv1136 (DLC)
PATRICIA CHARLEMAGNE,                    :
                                         :    PRETRIAL
                         Plaintiff,      :    SCHEDULING ORDER
              -v-                        :
                                         :
THE EDUCATIONAL ALLIANCE, INC.           :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on November 4, 2022, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall produce all outstanding documents by November 18.

2. The parties are instructed to contact the chambers of Magistrate Judge Lehrburger prior to November 10 in order to schedule settlement discussions under his supervision to occur in February 2023.

3. All fact discovery must be completed by February 24, 2023.

4. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by March 17, 2023
   - Opposition served by April 7
   - Reply served by April 21

   At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

In the event no motion is filed, the Joint Pretrial Order must be filed by March 17.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

Dated: New York, New York
November 4, 2022

_____
DENISE COTE
United States District Judge