```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     22cv1136 (DLC)
PATRICIA CHARLEMAGNE,                    :
                                         :           ORDER
                            Plaintiff,   :
                                         :
                -v-                      :
                                         :
THE EDUCATIONAL ALLIANCE, INC.,          :
                                         :
                            Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 7, 2023, the plaintiff submitted a letter requesting a conference to discuss a discovery dispute in this action. It is hereby

ORDERED that a telephonic conference shall be held on February 10, 2023 at 3:30 p.m. The dial-in credentials for the conference are as follows:

        Dial-in:        888-363-4749
        Access code:    4324948

The parties shall use a landline if one is available.


Dated:   New York, New York
         February 8, 2023

                              _____
                                       DENISE COTE
                              United States District Judge