UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PATRICIA CHARLEMAGNE,

                           Plaintiff,

       - against -

THE EDUCATIONAL ALLIANCE, INC.,

                           Defendant.
-----------------------------------------------------------------x

Case No. 22-cv-1136 (DLC)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Amanda M. Leone and the exhibits thereto, the Declaration of Alan van Capelle and the exhibits thereto, the Declaration of Jean Desravines and the exhibits thereto, the Declaration of Mark Enselman, Defendant's Statement of Undisputed Material Facts pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1(a), Defendant's Memorandum of Law in Support of Summary Judgment, and upon all the pleadings and proceedings herein, Defendant The Educational Alliance will move this Court before the Honorable Denise L. Cote, U.S.D.J., at the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a date and time to be determined by the Court, for an order granting summary judgment on behalf of Defendant, dismissing Plaintiff's Complaint in its entirety and with prejudice, and for such other and further relief as this Court may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Revised Pretrial Scheduling Order dated February 28, 2023, Plaintiff's opposition papers, if any, must be filed on or before April 21, 2023. Defendant's reply papers, if any, must be filed on or before May 5, 2023.

Dated: New York, New York
   March 31, 2023

         **TANNENBAUM HELPERN SYRACUSE**
          **& HIRSCHTRITT LLP**

By: /s/ *Jason B. Klimpl*
    Jason B. Klimpl
    Amanda M. Leone
    Janae C. Cummings
900 Third Avenue
New York, New York 10022
(212) 508-6739
klimpl@thsh.com
leone@thsh.com
cummings@thsh.com

*Attorneys for Defendant The Educational Alliance, Inc.*