UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
   PATRICIA CHARLEMAGNE,                 :
                                        :          22cv1136 (DLC)
                          Plaintiff,     :
              -v-                        :          ORDER
                                        :
   THE EDUCATIONAL ALLIANCE, INC.        :
                                        :
                          Defendant.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    On July 5, 2023, counsel for the defendant submitted a

letter pursuant to Rule 4.G. of the Court's Individual Practices

in Civil Cases, noting that a motion has been fully submitted

for sixty days.  The parties are hereby advised that the Court

is aware of the fully submitted motion, and will decide it as

expeditiously as possible.

Dated:    New York, New York
          July 5, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge