```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    22cv1136 (DLC)
PATRICIA CHARLEMAGNE,                 :
                                      :        ORDER
                          Plaintiff,  :
                                      :
              -v-                     :
                                      :
THE EDUCATIONAL ALLIANCE, INC.,       :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On March 31, 2023, the defendant moved for summary judgment. The plaintiff filed her opposition papers on April 22. In her opposition, the plaintiff filed on ECF a Declaration of Michelle Caiola with 63 exhibits (the "Caiola Declaration"). One of these exhibits, Exhibit 1, includes excerpts of the plaintiff's deposition. The Caiola Declaration also includes two exhibits, Exhibits 11 and 37, which are labeled as video files that the plaintiff intended to provide to the Court in a separate submission.

After filing her opposition papers on ECF, the plaintiff sent the Court courtesy copies of her opposition papers. These courtesy copies included a flash drive containing the two video files designated as Exhibits 11 and 37 (the "Video Files"). The courtesy copies also included a version of Exhibit 1 that

contained additional excerpts of the plaintiff's deposition that were not included in the version of Exhibit 1 filed on ECF. Accordingly, it is hereby

ORDERED that to the extent that the plaintiff intends for the version of Exhibit 1 submitted as a courtesy copy to the Court to be part of the record, she shall, by August 2, 2023, file that version on ECF.

IT IS FURTHER ORDERED that the plaintiff shall deliver two copies of the Video Files on CD-roms, DVD-roms, flash drives, or external hard drives to the Clerk's Office, Records Management, Room 370, 500 Pearl Street, New York, NY 10007.  The hard copies shall be labeled with the case name and docket number of this action.  Upon receipt of the hard copy files, the Clerk of Court shall retain the files as part of the record in this case.

Dated:    New York, New York
          July 31, 2023

_____
DENISE COTE
United States District Judge