```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   22cv1136 (DLC)
PATRICIA CHARLEMAGNE,                  :
                                       :        ORDER
                          Plaintiff,   :
                                       :
              -v-                      :
                                       :
THE EDUCATIONAL ALLIANCE, INC.,        :
                                       :
                          Defendant.   :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On August 3, 2023, an Opinion and Order was issued granting in part the defendant's motion for summary judgment. It is hereby

ORDERED that the parties shall contact the chambers of Magistrate Judge Lehrburger prior to August 11, 2023 in order to schedule settlement discussions under his supervision to occur on or before September 29, 2023.

IT IS FURTHER ORDERED that the Joint Pretrial Order must be filed by October 20, 2023. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does

not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

IT IS FURTHER ORDERED that the case is placed on the November 2023 trial ready calendar.

Dated:   New York, New York
         August 3, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge