```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv1136 (DLC)
PATRICIA CHARLEMAGNE,                    :
                                         :         ORDER
                              Plaintiff, :
                -v-                      :
                                         :
THE EDUCATIONAL ALLIANCE, INC.           :
                                         :
                              Defendant. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 3, 2023, the Educational Alliance, Inc.'s ("EA") motion for summary judgment was granted in part. Charlemagne v. Educational Alliance, Inc., No. 22cv1136 (DLC), 2023 WL 4977336 (S.D.N.Y. Aug. 3, 2023). EA's motion for summary judgment was denied on the retaliation claims. Id. at *17. On August 18, 2023, EA filed a motion for reconsideration of the motion for summary judgment on the retaliation claims. It points out that the temporal proximity between a plaintiff's protected conduct and an adverse employment action is insufficient by itself to defeat a motion for summary judgment. El Sayed v. Hilton Hotels Corp., 627 F.3d 931, 933 (2d Cir. 2010). It is hereby

ORDERED that plaintiffs shall file any opposition to EA's motion by **September 1, 2023**. A reply, if any, shall be filed by **September 8, 2023**. At the time any brief is filed, the filing party shall supply Chambers with two (2) courtesy copies of its

1

papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 22, 2023

                                    _____
                                              DENISE COTE
                                    United States District Judge