```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
PATRICIA CHARLEMAGNE,                    :       22cv1136 (DLC)
                                         :
                    Plaintiff,           :           ORDER
                                         :
          -v-                            :
                                         :
THE EDUCATIONAL ALLIANCE, INC.,          :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The Educational Alliance's August 18, 2023, motion for reconsideration having been granted, and its March 31, motion for summary judgment having been granted in full, it is hereby

ORDERED that the Clerk of Court is directed to enter judgment for the defendant and close the case.

Dated:    New York, New York
          September 11, 2023

                                        _____
                                               DENISE COTE
                                        United States District Judge