**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PATRICIA CHARLEMAGNE,

                Petitioner,                          22 **CIVIL** 1136 (DLC)

       -against-                               **JUDGMENT**

THE EDUCATIONAL ALLIANCE, INC.,

                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated September 11, 2023, and the Court's Order dated September 11, 2023, The Educational Alliance's August 18, 2023, motion for reconsideration having been granted, and its March 31, motion for summary judgment having been granted in full, and Judgment is entered for the defendant. Accordingly this case is closed.

**Dated:**  New York, New York
         September 11, 2023

                                                      **RUBY J. KRAJICK**
                                                           Clerk of Court

                                   **BY:**
                                                                  **Deputy Clerk**